No. 92–5433. CHARLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5441. SIMMONS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–5443. HOLDEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5461. POYNER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 92–5514. LYND v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–5528. VELEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5549. ALLISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5557. ROJEM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–5562. MILLER v. McRAE ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5597. SANTOS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–5676. MILLER v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–5695. THOMAS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5728. BENNETT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5740. HERROLD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5745. RICE v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.